### E. J. ELLIOTT ET AL. *v.* RAYMOND STARON, EXECUTOR (ESTATE OF PAULINE STARON)

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 632 (AC 17774), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment to the extent that the judgment was based on a finding that the defendant had breached an implied covenant of good faith and fair dealing?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16209.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in support of the petition.

*Daniel Shepro* and *Nathalie Feola-Guerrieri,* in opposition.

Decided October 21, 1999